AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

JEFF BOSS,

                Plaintiff,          ORDER ON APPLICATION
                                                TO PROCEED WITHOUT
  V.                                   PREPAYMENT OF FEES

NATIONAL SECURITY AGENCY, et al.,     Case Number: 09-1162(PGS)

                Defendants.

    Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

*[Handwritten: So Ordered. There is no application for fees under 28 USC §1915. Denied. Peter G. Sheridan]*

    IT IS ORDERED that the application is:

☐ GRANTED, and

☐ The clerk is directed to file the complaint, and

☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☒ DENIED, for the following reasons: *see above*

_____
_____
_____

☐ and the Clerk is directed to close the file.
Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this 24th day of March, 2009

_____
Signature of Judicial Officer

_____
Name and title of Judicial Officer