**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

August 31, 2009

**LETTER ORDER PURSUANT TO RULE 16.1**

Jeff Boss

7002 Blvd. East, Apt. 26 G

Guttenberg, NJ

**Via CM, RRR, and First Class Mail**

   **Re: Jeff Boss v. National Security Agency, et al.**
       **Civil Action No. 09-1162 (PGS)**

Dear Litigants:

It is on this **31st** Day of **August, 2009,**

   ORDERED, this Court shall hold an initial conference in this case on **November 13, 2009 at 3:00 p.m.**, in Courtroom 2D of the United States Courthouse, 50 Walnut Street, Newark, New Jersey. No request for an adjournment of the conference shall be accepted unless the party first contacts the other side to obtain consent. In the event that both sides consent, any request to the Court for an adjournment must be made in writing, at least forty-eight hours in advance of the scheduled conference.

   Further ORDERED, no later than **November 4, 2009**, you are directed to provide to the undersigned the following information:

1. estimates of the time needed to complete discovery;
2. whether or not you intend to add parties or seek to amend pleadings; and
3. whether or not you intend to make a dispositive motion.

              **SO ORDERED.**

               s/Esther Salas
              **HON. ESTHER SALAS**
              **United States Magistrate Judge**